**Order entered September 28, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01278-CV

**ANTHONY EDES, Appellant**

**V.**

**JESUS ARRIAGA, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05169**

## ORDER

Before the Court is appellant's September 27, 2018 unopposed second motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **October 26, 2018**.

/s/     ADA BROWN
          JUSTICE